UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NASHALINE NATASHA GODFREY-
OBIEGBULEM and ANTHONY
ONYEKACHI OBIEGBULEM,
                 Plaintiffs,

v.

UR MENDOZA JADDOU, in her capacity as
the Director US Citizenship and Immigration
Services, US Citizenship and Immigration
Services; ALEJANDRO MAYORKAS, in his
capacity as the Secretary US Department of
Homeland Security; MERRICK GARLAND,
in his capacity as US Attorney General; and
SUSAN QUINTANA, in her capacity as the
director United States Citizenship and
Immigration Services New York City Field
Office,
                 Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 10 (VB)

       On January 3, 2023, plaintiffs, proceeding <u>pro se</u>, commenced the instant action by filing a petition. (Doc. #1). The Clerk of Court issued a summons as to all defendants the same day.

       On January 17, 2023, plaintiffs docketed affidavits indicating plaintiff Anthony Obiegbulem attempted to serve defendants Ur Mendoza Jaddou, Alejandro Mayorkas, and Susana Quintana on January 3, 2023. (Docs. ##3–5). The docket does not reflect any attempt to serve defendant Merrick Garland.

       On February 17, 2023, Nancy Pham, Esq., of the United States Attorney's Office for the Southern District of New York, appeared on behalf of all defendants in this action. (Doc. #6). However, to date, defendants have not answered, moved to dismiss the complaint, or waived service.

       Accordingly, in the interest of efficient case management, by **April 7, 2023**, defense counsel is directed to file a letter describing the status of this action.

       Chambers will mail a copy of this Order to plaintiffs at the address on the docket.

Dated: March 28, 2023
       White Plains, NY

                                             SO ORDERED:

                                             Vincent L. Briccetti
                                             United States District Judge