UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NASHALINE NATASHA GODFREY-
OBIEGBULEM and ANTHONY
ONYEKACHI OBIEGBULEM,
                     Plaintiffs,

v.

UR MENDOZA JADDOU, in her capacity as
the Director US Citizenship and Immigration        **ORDER**
Services, US Citizenship and Immigration
Services; ALEJANDRO MAYORKAS, in his        23 CV 10 (VB)
capacity as the Secretary US Department of
Homeland Security; MERRICK GARLAND,
in his capacity as US Attorney General; and
SUSAN QUINTANA, in her capacity as the
director United States Citizenship and
Immigration Services New York City Field
Office,
                     Defendants.
--------------------------------------------------------------x

       On April 4, 2023, defendants requested a 90-day extension of time to respond to the petition and complaint, from April 14, 2023, to July 13, 2023. (Doc. #8). Defense counsel noted that plaintiffs consented to defendants' request.

       On April 5, 2023, the Court granted defendants' request. (Doc. #9).

       On June 29, 2023, plaintiffs, proceeding pro se, filed a motion to "Order Defendants to adjudicate Plaintiff I-130 Petition with no Further Delays." (Doc. #11). The motion seeks the same relief that plaintiffs seek in their petition and complaint, namely, the adjudication of their "Petition for Alien Relative." (Doc. #12 at 1).

       Plaintiffs' motion is DENIED WITHOUT PREJUDICE as premature, because the July 13, 2023, deadline for defendants to respond to the petition and complaint (a deadline to which plaintiffs consented) has not yet passed.

       Moreover, plaintiffs' motion, which resembles a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, is procedurally improper.

       Plaintiffs may consider contacting the New York Legal Assistance Group's (NYLAG) Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).


To receive limited-scope assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. If parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 659-5190. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. A copy of the flyer with details of the clinic is attached to this order.

Chambers will mail a copy of this Order to plaintiffs at the address on the docket.

The Clerk is instructed to terminate the motion. (Doc. #11).

Dated: July 5, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

>Room LL22
>40 Foley Square
>New York, NY 10007
>(212) 659 6190
>
>Open weekdays
>10 a.m. – 4 p.m.
>Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

a beneficiary of

UJA Federation of New York